## R. J. Chamberlain Motor Company, Plaintiff-Appellee, v. James Switzer and Mrs. Mayme Switzer, Defendants.

Gen. No. 10,794.

Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full. Opinion filed December 15, 1954; released for publication January 4, 1955.